**ROBERT J. ROSATI #112006**
Attorney at Law
2055 San Joaquin Street
Fresno, California
Telephone (559) 256-9800
Telefax (559) 256-9799


Attorney for Defendants, LOS BANOS
UNIFIED SCHOOL DISTRICT, et al.


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA GARCIA, | Case No.: 1:04-cv-06059 SMS |
| Plaintiff, | **STIPULATION AND ORDER RE: SETTLEMENT CONFERENCE** (to be held before Judge Snyder) |
| v. | |
| LOS BANOS UNIFIED SCHOOL DISTRICT, et al., | |
| Defendants. | |

## STIPULATION

IT IS HEREBY STIPULATED by and between Plaintiff, Veronica Garcia and Defendants, Los Banos Unified School District and Ray Heid, by and through their counsel of record that:

1. All parties request that the assigned judge, Magistrate Judge Sandra Snyder, participate in a settlement conference.

2. All parties waive any claim of disqualification on the basis that Magistrate Judge Sandra Snyder participated in a settlement conference in this action thereafter.

Dated:  04/13/06                                      /s/ Rey Hassan
                                                              REY HASSAN, Attorney for
                                                              Plaintiff, VERONICA GARCIA

STIPULATION AND ORDER RE: SETTLEMENT CONFERENCE

1

Dated:  05/01/06                                        /s/ Robert J. Rosati
                                                        ROBERT J. ROSATI, Attorney for
                                                        Defendants LOS BANOS UNIFIED
                                                        SCHOOL DISTRICT and RAY
                                                        HEID

## ORDER

IT IS SO ORDERED. The Court shall schedule a settlement conference on a mutually agreeable date and time. Counsel for the parties shall consult with the court's clerk regarding available dates and time.

                                                        IT IS SO ORDERED.

**Dated:   May 4, 2006**                                      **/s/ Sandra M. Snyder**
icido3                                                   UNITED STATES MAGISTRATE JUDGE