1   **REY HASSAN #50717**
    Hassan Law Firm
2   1801 Bush Street, #304
    San Francisco, California 94133
3   Telephone (415) 775-9700
    Telefax (415) 775-2507
4
    **ANTHONY P.X. BOTHWELL #200740**
5   Law Offices of Anthony P.X. Bothwell
    350 Bay Street, Suite 100 PMB 314
6   San Francisco, California 94133
    Telephone (415) 370-9571
7   Telefax (415) 362-5469
8   **THOMAS SHARPE #109417**
    Bennett & Sharpe
9   925 N Street #150
    Fresno, California 93711
10  Telephone (559) 485-0121
    Telefax (559) 485-5823
11
    Attorneys for Plaintiff, VERONICA GARCIA
12
    **ROBERT J. ROSATI #112006**
13  Attorney at Law
    2055 San Joaquin Street
14  Fresno, California
    Telephone (559) 256-9800
15  Telefax (559) 256-9799
16  Attorney for Defendant, LOS BANOS
    UNIFIED SCHOOL DISTRICT
17
18                  IN THE UNITED STATES DISTRICT COURT

19              FOR THE EASTERN DISTRICT OF CALIFORNIA

20  VERONICA GARCIA,                    )
                                        )   Case No.: 1:04-cv-06059 SMS
21                                      )
                         Plaintiff,     )   **STIPULATION AND ORDER TO**
22                                      )   **MODIFY PRETRIAL ORDER**
                                        )
23  v.                                  )
                                        )
24                                      )
    LOS BANOS UNIFIED SCHOOL            )
25  DISTRICT, et al.,                   )
                                        )
26                                      )
                         Defendants.    )
27  _____    )

28  ///

---

STIPULATION AND [PROPOSED] ORDER TO MODIFY PRETRIAL ORDER

IT IS HEREBY STIPULATED by and between Plaintiff, Veronica Garcia and Defendant, Los Banos Unified School District, through their counsel of record that the Pretrial Order in this action be modified as follows: the deadline for filing trial briefs to be changed from February 20, 2007, to February 27, 2007 <u>no later than 12:00 noon.</u>


Dated: February 20, 2007                    /s/ Robert J. Rosati
                                            ROBERT J. ROSATI, Attorney for
                                            Defendant, LOS BANOS UNIFIED
                                            SCHOOL DISTRICT


Dated: February 20, 2007                    /s/ Rey Hassan
                                            REY HASSAN, Attorney for
                                            Plaintiff, VERONICA GARCIA



**ORDER**

IT IS SO ORDERED.

**Dated:    February 22, 2007**            /s/ **Sandra M. Snyder**
icido3                                      UNITED STATES MAGISTRATE JUDGE