**REY HASSAN #50717**
Hassan Law Firm
1801 Bush Street, #304
San Francisco, California 94133
Telephone (415) 775-9700
Telefax (415) 775-2507

**ANTHONY P.X. BOTHWELL #200740**
Law Offices of Anthony P.X. Bothwell
350 Bay Street, Suite 100 PMB 314
San Francisco, California 94133
Telephone (415) 370-9571
Telefax (415) 362-5469

**THOMAS SHARPE #109417**
Bennett & Sharpe
925 N Street #150
Fresno, California 93711
Telephone (559) 485-0121
Telefax (559) 485-5823

Attorneys for Plaintiff, VERONICA GARCIA

**ROBERT J. ROSATI #112006**
Attorney at Law
2055 San Joaquin Street
Fresno, California
Telephone (559) 256-9800
Telefax (559) 256-9799

Attorney for Defendant, LOS BANOS UNIFIED SCHOOL DISTRICT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA GARCIA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>LOS BANOS UNIFIED SCHOOL DISTRICT, et al.,<br><br>　　　　　　Defendants. | Case No.: 1:04-cv-06059 SMS<br><br>**STIPULATION AND ORDER TO MODIFY FINAL PRETRIAL ORDER** |

///

STIPULATION AND [PROPOSED] ORDER TO MODIFY FINAL PRETRIAL ORDER

IT IS HEREBY STIPULATED by and between Plaintiff, Veronica Garcia and Defendant, Los Banos Unified School District, through their counsel of record, to modify the Final Pretrial Order as follows:

1. As to paragraph 14.B., page 17, lines 19-23, to be modified to read as follows: "All joint exhibits will be premarked with numbers 1 through 150, preceded by the designation JT; all of Plaintiff's exhibits will be premarked with numbers 151-200; all of defendant's exhibits will be premarked with numbers 201-250.

2. This request is made on the grounds that there are in excess of 150 exhibits in the case, most of them will be joint exhibits, therefore letter designations will result in exhibit designations with double, triple, and quadruple letter designations, which are awkward and confusing to use, and which are not readily available in tabs for the binders.

Dated: March 2, 2007    /s/ Robert J. Rosati
ROBERT J. ROSATI, Attorney for
Defendant, LOS BANOS UNIFIED
SCHOOL DISTRICT

Dated: March 2, 2007    /s/ Rey Hassan
REY HASSAN, Attorney for
Plaintiff, VERONICA GARCIA

**ORDER**

IT IS SO ORDERED.

**Dated:   March 5, 2007**          /s/ Sandra M. Snyder
icido3                    UNITED STATES MAGISTRATE JUDGE

---

STIPULATION AND [PROPOSED] ORDER TO MODIFY FINAL PRETRIAL ORDER
1